JOSEPH M. BERK v. DUNLEVY MILBANK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of SCIENTIFIC SPECIALTIES CO., INC., to RICHARD J. CONNOLLY and MURRAY BURGER. JEROME C. LEWIS. UNITED STATES OF AMERICA.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

AMERICAN SURETY COMPANY OF NEW YORK v. CENTRAL HANOVER BANK AND TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ALBERT I. DRAYTON v. BANK OF NEW YORK AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PAULINE SCHOENHAUS v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

HENRY ZENIE and Another v. HERBERT L. MISKEND and Another.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Motion for reargument denied. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [See 245 App. Div. 634.]

ROYAL ITALIAN GOVERNMENT v. THE INTERNATIONAL COMMITTEE OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

PRESS PUBLISHING COMPANY v. ARNOLD CONSTABLE & CO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HAROLD L. TUNISON and Others v. RICHARD WHITNEY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

LORETTA M. TRAINOR, as Executrix, etc., of EDMUND T. TRAINOR, Deceased, and Another v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JULIUS KAYSER & Co. v. THE NATIONAL CITY BANK OF NEW YORK and MANUFACTURERS TRUST COMPANY and Another, and MERCANTILE BANK AND TRUST COMPANY and GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Liquidator of the NATIONAL SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.